THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GLORIA KIDD-FORTUNE,

    Plaintiff,

v.

INDIAN HARBOR INSURANCE COMPANY, a foreign insurer doing business in the State of Washington, ,

    Defendant.

No.: 2:23-cv-01746-BJR

**STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES**

### STIPULATED MOTION

The parties stipulate to continue the trial date currently scheduled for February 10, 2025 to June 2, 2025 or to such other time as the Court deems appropriate. The parties stipulate that all related pretrial deadlines should be extended a similar amount of time consistent with the new trial date.

The parties have worked diligently in conducting written discovery and depositions to date. The parties agreed to mediation with Roy Umlauf, whose first available date was July 24, 2024, which the parties took. The parties intend to disclose their experts informally on July 15, 2024, in advance of the mediation. Should the case not settle at mediation, the parties

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES   Page 1
No. 2:23-cv-01746-BJR

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

1  would have only three weeks to complete discovery, including expert discovery, which the
2  parties anticipated to include at least six individuals, as the discovery deadline is currently set
3  for August 14, 2024.  However, the parties need additional time to complete discovery and
4  depose multiple experts after the date of mediation, in the event the case does not settle at
5  mediation.
6       The parties stipulate to the following extension of the remaining case deadlines in
7  accordance with counsel's preexisting trial conflicts:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Witness Disclosure | 7/15/24 | 9/14/24 |
| Rebuttal Expert Witness Disclosure | 8/14/24 | 10/14/24 |
| Discovery Cut-off | 8/14/24 | 12/4/24 |
| Filing of Dispositive Motions | 9/13/24 | 1/3/25 |
| Filing of Motions in Limine | 1/2/25 | 4/24/25 |
| Joint Pretrial Statement | 1/13/25 | 5/5/25 |
| Pretrial conference | 1/28/25 | 5/20/25 |
| Trial | 2/10/25 | 6/2/25 |

14  DATED:  July 9, 2024                    DATED:  July 9, 2024

15  BULLIVANT HOUSER BAILEY PC              GLP ATTORNEYS, P.S. INC.

17  By  /s/ KathleenThompson                By /s/ Scott Shawver, per email authorization
        Kathleen Thompson, WSBA #25767           Scott Shawver, WSBA #24048
18                                               *Counsel for Plaintiff*

19  **CLYDE & CO US LLP**

21  By /s/ Laura Hawes Young, per email authorization
       Laura Hawes Young, WSBA #39346

24  *Co-Counsel for Defendant Indian Harbor Insurance Company*

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE   Page 2
AND PRE-TRIAL DEADLINES
No. 2:23-cv-01746-BJR

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

**ORDER**

IT IS SO ORDERED.  Trial is continued to June 2, 2025, with pretrial dates rescheduled as proposed by the parties, set forth above.

Dated this July 15, 2024.

*/s/ Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES
No. 2:23-cv-01746-BJR

Page 3

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930