THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GLORIA KIDD-FORTUNE,

    Plaintiff,

v.

INDIAN HARBOR INSURANCE COMPANY, a foreign insurer doing business in the State of Washington, ,

    Defendant.

No.: 2:23-cv-01746-BJR

**STIPULATED MOTION AND ORDER TO DISMISS WITH PREJUDICE**

## STIPULATED MOTION

COME NOW the Plaintiff and Defendant, by and through their undersigned attorneys of record, and stipulate that all claims have been resolved, and that the above-captioned matter shall be dismissed with prejudice and without award of costs or fees to any party.

DATED: August 29, 2024

**BULLIVANT HOUSER BAILEY PC**

By */s/ Kathleen Thompson,* per email authorization
    Kathleen Thompson, WSBA #25767
    *Co-Counsel for Defendant*

STIPULATED MOTION AND ORDER FOR DISMISSAL
No. 2:23-cv-01746-BJR

Page 1

CLYDE & CO US LLP
600 STEWART STREET, SUITE 400, #6262
SEATTLE, WASHINGTON 98101
P: (206) 652-3271

**CLYDE & CO US LLP**

By */s/ Laura Hawes Young*
    Laura Hawes Young, WSBA #39346
    *Co-Counsel for Defendant*

**GLP ATTORNEYS, P.S. INC.**

By */s/ Scott Shawver*, per email authorization
    Scott Shawver, WSBA #24048
    *Counsel for Plaintiff*

STIPULATED MOTION AND ORDER FOR DISMISSAL
No. 2:23-cv-01746-BJR

Page 2

**CLYDE & CO US LLP**
600 STEWART STREET, SUITE 400, #6262
SEATTLE, WASHINGTON 98101
P: (206) 652-3271

## ORDER

IT IS SO ORDERED this 30th day of August, 2024. This matter is hereby dismissed with prejudice and without costs to any party herein.

The Clerk is directed to close the case.

DATED this 30th day of August, 2024.

*Barbara J Rothstein*
_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION AND ORDER FOR DISMISSAL
No. 2:23-cv-01746-BJR

Page 3

CLYDE & CO US LLP
600 STEWART STREET, SUITE 400, #6262
SEATTLE, WASHINGTON 98101
P: (206) 652-3271